UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARIELLE WALSH, on behalf of herself and all others similarly situated, <br><br>    Plaintiff, <br><br>v. <br><br>GILBERT ENTERPRISES, INC. d/b/a CLUB FANTASIES, <br><br>    Defendant. | C.A. No. 15-472-WES |

## ORDER GRANTING
## FINAL APPROVAL OF SETTLEMENT AGREEMENT

The Court, having reviewed Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement and finding good cause therefor, hereby orders as follows:

1. The Parties' Settlement Agreement and Amendment thereto are approved as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. Settlement awards shall be disbursed in three installments in proportion to Defendant's payments under the Amendment to the Settlement agreement, as follows:

    a. The first installment shall represent 13.33% of each Eligible Class Member's Settlement Award.
    b. The second installment shall represent 33.33% of each Eligible Class Member's Settlement Award.
    c. The third installment shall represent 53.33% of each Eligible Class Member's Settlement Award.

1

3. The final deadline for submitting claims in this case shall be five (5) business days prior to the issuance of the first payment of settlement awards.

4. The service award of $20,000.00 to Plaintiff Arielle Walsh is approved; this award shall be disbursed in three proportional installments, as set out in Paragraph 2.

5. Plaintiff's request for attorneys' fees of $250,000.00 and costs not to exceed $13,000.00 is approved. The payments of fees and costs shall also be disbursed in three proportional installments, as set out in Paragraph 2.

IT IS SO ORDERED.

*[signature]*

William E. Smith
District Judge
Date: October 22, 2020